ORIGINAL

FILED IN CHAMBERS Open court
U.S.D.C. Atlanta

MAR 27 2019

JAMES N. HATTEN, Clerk
By: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VINH BAO CHAU | Criminal Indictment<br><br>No. 2:19-CR-017 |

THE GRAND JURY CHARGES THAT:

**Count One**
**(Bomb Threat, 18 U.S.C. § 844(e))**

On or about March 7, 2017, in the Northern District of Georgia, the defendant, VINH BAO CHAU, through the use of a telephone and other instrument of interstate and foreign commerce, willfully made a threat and maliciously conveyed false information, to wit: that there was a bomb in the Jasper Baptist Church Preschool, knowing the same to be false, concerning an alleged attempt being made to unlawfully damage and destroy a building and other real and personal property, to wit: the Jasper Baptist Church Preschool, by means of an explosive, in violation of Title 18, United States Code, Section 844(e).

**Count Two**
**(Cyberstalking, 18 U.S.C. § 2261A(2))**

From on or about February 15, 2017, through on or about March 7, 2017, in the Northern District of Georgia, the defendant, VINH BAO CHAU, with the intent to harass, intimidate, and place under surveillance with the intent to harass and intimidate another person, to wit: M.C., used an interactive computer service,

electronic communication service, electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that placed said person in reasonable fear of the death of and serious bodily injury to said person, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to said person; all in violation of Title 18, United States Code, Section 2261A(2) and Section 2261(b)(5).

## Count Three
**(Communication of Threat in Interstate Commerce, 18 U.S.C. § 875 (c))**

From on or about February 15, 2017, through on or about March 7, 2017, in the Northern District of Georgia, the defendant, VINH BAO CHAU, did knowingly transmit and cause to be transmitted in interstate commerce, a communication containing a true threat to injure the person of M.C., with the intent that said communication be perceived as a true threat, in violation of Title 18, United States Code, Section 875(c).

A ___True___ BILL

_____
FOREPERSON

BYUNG J. PAK
*United States Attorney*

_____
LAURA D. PFISTER
*Special Assistant United States Attorney*
Georgia Bar No. 236847

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3